**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (CSB# 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Lead Counsel for Plaintiffs and Class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL VANLEEUWEN AND RODNEY OMANOFF, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>KEYUAN PETROCHEMICALS, INC., CHUNFENG TAO, AICHUN LI, WEIFENG XUE, DELIGHT REWARD LIMITED,<br><br>Defendants. | No.:   CV-11-09495-PSG (JCGx)<br><br>PLAINTIFFS' REPLY IN FURTHER SUPPORT OF REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO MOTION TO DISMISS<br><br>CLASS ACTION<br><br>Hon. Philip S. Gutierrez<br>Hearing date: March 25, 2013<br>Time: 1:30 p.m.<br>Location: Ctrm. 880 (Roybal) |

In response to Plaintiffs' request for judicial notice, defendant Tao does not dispute that the Court should grant Plaintiffs' request for judicial notice, but claims that the "Securities and Exchange Commission has completed its investigation and has not recommended any enforcement action against Mr. Tao." *See* RJN Opp. 1-2. This assertion is unsupported by any public document and contradicts the SEC's news release of February 28, 2013, LR-22627 that states

1

1  "The SEC's investigation, <u>which is continuing</u>, was conducted by…"  *See*
2  Exhibit 1, hereto.  If the investigation had ended as Tao suggests in his
3  opposition, Keyuan would have been required to disclose such information in an
4  8-K filed with the SEC; not in brief filed with the Court.  In fact, such
5  nondisclosure would constitute yet another disclosure violation.

Dated:   March 19, 2013                  Respectfully submitted,

                                         THE ROSEN LAW FIRM, P.A.

                                         /s/Laurence Rosen
                                         Laurence Rosen, Esq.
                                         355 South Grand Avenue, Suite 2540
                                         Telephone:   (213) 785-2610
                                         Facsimile:   (213) 226-4684
                                         E-mail:   lrosen@rosenlegal.com

                                         *Lead Counsel for*
                                         *Lead Plaintiffs and the Class*

# CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing partner of the Rosen Law Firm, P.A., with offices at 355 S. Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On March 19, 2013 I electronically filed the following PLAINTIFFS' REPLY IN FURTHER SUPPORT OF REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO MOTION TO DISMISS with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on March 19, 2013.

/s/ Laurence Rosen
Laurence M. Rosen

3

PLAINTIFFS' REPLY IN FURTHER SUPPORT OF REQUEST FOR JUDICIAL NOTICE IN OPP. TO DEFENDANT'S MOTION TO DISMISS- Civil Action No. 11-9495-PSG (JCGx)