Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Private Placement Class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| NEIL VANLEEUWEN AND RODNEY OMANOFF ON BEHALF OF ALL OTHERS SIMLARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>KEYUAN PETROCHEMICALS, INC. CHUNFENG TAO, AICHUN LI a/k/a AICHUN ANGELA LI, ANGELA LI and ANGELA AICHUN LI, WEIFENG XUE, and DELIGHT REWARD LIMITED,<br><br>Defendants. | No. 11-CV-9495-PSG (JCGx)<br><br>**NOTICE OF MOTION AND MOTION OF RODNEY OMANOFF FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. Philip S. Gutierrez<br><br>Hearing Date/Time: August 19, 2013, 1:30 p.m.<br><br>Ctrm: 880 (Roybal) |

PLEASE TAKE NOTICE that on August 19, 2013, at 1:30 p.m. before the Honorable Philip S. Gutierrez in Courtroom 880, 255 East Temple Street, Los Angeles, CA 90012, Rodney Omanoff ("Movant") will, and does, move this

1

NOT. OF MTN. AND MTN. OF RODNEY OMANOFF FOR APPT. AS LEAD PLAINTIFF AND
APPROVAL OF CHOICE OF COUNSEL--Civil Action No. 10-9495-PSG (JCGx)

Court for an order granting the Movant's Motion: (1) for appointment as Lead Plaintiff of the Class; and (2) for approval of the Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for Plaintiff and the Class.

This Motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), on the grounds (1) that Movant should be appointed Lead Plaintiff for the class of all purchasers of Keyuan securities pursuant to the confidential private offering memorandum dated March 22, 2010 ("Offering Documents"), consisting of purchasers in the first tranche that closed on April 22, 2010 and the second tranche that closed on May 18, 2010 (collectively the "Private Class")as the Movant has timely made the Motion and is the "most adequate plaintiff"; (2) that Movant meets the requirements of Rule 23 of the Federal Rules of Civil Procedure for the purposes of this Motion in that the Movant's claims are typical of the other class members' claims and Movant will fairly and adequately represent the class; and (3) that Movant's selection of the Rosen Law Firm, P.A. as Lead Counsel should be approved as the firm is well qualified and has extensive experience in cases of this type.

In support of this Motion, Movant files herewith a memorandum of points and authorities, the Declaration of Laurence Rosen, and a proposed order.

Because Movant is unaware of the identities other movants seeking to be Lead Plaintiff for the Private Placement Class, Movant is unable to confer as required by L.R. 7-3. Therefore, the Court should waive this requirement.

Dated: July 22, 2013          Respectfully submitted,

                                   THE ROSEN LAW FIRM, P.A.

                                    /s/ Laurence Rosen, Esq.
                                    Laurence Rosen, Esq. (SBN #219683)

NOT. OF MTN. AND MTN. OF RODNEY OMANOFF FOR APPT. AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL--Civil Action No. 10-9495-PSG (JCGx)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Private Placement Class

---

3

NOT. OF MTN. AND MTN. OF RODNEY OMANOFF FOR APPT. AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL--Civil Action No. 10-9495-PSG (JCGx)

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of the Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On July 22, 2013, I electronically filed the following **NOTICE OF MOTION AND MOTION OF RODNEY OMANOFF FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on July 22, 2013.

                                                /s/ Laurence Rosen
                                                Laurence M. Rosen

NOT. OF MTN. AND MTN. OF RODNEY OMANOFF FOR APPT. AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL--Civil Action No. 10-9495-PSG (JCGx)