Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Private Placement Class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| NEIL VANLEEUWEN AND RODNEY OMANOFF, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>KEYUAN PETROCHEMICALS, INC. CHUNFENG TAO, AICHUN LI a/k/a AICHUN ANGELA LI, ANGELA LI and ANGELA AICHUN LI, WEIFENG XUE, and DELIGHT REWARD LIMITED,<br><br>Defendants. | No. 11-CV-9495-PSG (JCGx)<br><br>**DECLARATION OF LAURENCE ROSEN IN SUPPORT OF MOTION OF RODNEY OMANOFF FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. Philip S. Gutierrez<br><br>Hearing Date/Time: August 19, 2013 1:30 p.m.<br>Ctrm: 880 (Roybal) |

I Laurence M. Rosen, declare:

    1.    I am an attorney duly licensed to practice in the State of California and before this Court. I am the managing attorney of The Rosen Law Firm, P.A., attorneys for Rodney Omanoff ("Movant"). I make this declaration in support of

1
DECLARATION OF LAURENCE ROSEN—Civil Action No. 11-9495-PSG (JCGx)

Movant's motion for appointment as Lead Plaintiff and approval of Movant's selection of counsel pursuant to Section 21D of the Securities Exchange Act of 1934. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following documents:

Exhibit 1:  PSLRA Early Notice;

Exhibit 2:  PSLRA certification of Movant;

Exhibit 3:  Movant's loss chart; and

Exhibit 4:  The firm resume of the Rosen Law Firm, P.A.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 22nd day of July, 2013, at Los Angeles.

/s/ Laurence M. Rosen
Laurence M. Rosen

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing partner of the Rosen Law Firm, P.A., with offices at 355 S. Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On July 22, 2013, I electronically filed the following **DECLARATION OF LAURENCE ROSEN IN SUPPORT OF MOTION OF NEIL VANLEEUWEN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on July 22, 2013.


                                      /s/ Laurence Rosen
                                      Laurence M. Rosen