# Exhibit 3

| NAME | DATE BOUGHT | # SHARES | $ PER SHARE | COST | DATE SOLD | # SHARES SOLD | $ PER SHARE | PROCEEDS | # SHARES RETAINED | Value of Retained Shares ($1.50) | APPROXIMATE LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rodeny Omanoff | 4/12/201 | 10,000 | ($3.50) | $ (35,000.00) | | | | | 10,000 | $ 15,000.00 | $ (20,000.00) |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| A unit represents 10 shares of Keyuan Common stock | | | | | | | | | | | |