E-FILED 08/13/13

#124(08/19 HRG OFF)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| NEIL VANLEEUWEN AND RODNEY OMANOFF, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>KEYUAN PETROCHEMICALS, INC. CHUNFENG TAO, AICHUN LI a/k/a AICHUN ANGELA LI, ANGELA LI and ANGELA AICHUN LI, WEIFENG XUE, and DELIGHT REWARD LIMITED,<br><br>Defendants. | No. 11-CV-9495-PSG (JCGx)<br><br>**[~~PROPOSED~~] ORDER APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL FOR PRIVATE PLACEMENT CLASS**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. Philip S. Gutierrez |

WHEREAS, the above-captioned securities class action (the "Securities Class Action") have been filed against defendants Keyuan Petrochemicals, Inc.,

1

[Proposed] ORDER--Civil Action No. 11-9495-PSG (JCGx)

et al. (collectively "Defendants"), alleging claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934,and Rule 10b-5 thereunder in connection with the Private Placement as defined in the operative Third Amended Complaint ("TAC");

WHEREAS, Neil Vanleeuwen and The Rosen Law Firm, P.A., is Lead Plaintiff and Lead Counsel, respectively for the Public Class as defined in the TAC;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)(i), on May 21, 2013, notice was published on behalf of those who purchased Keyuan securities through the Private Placement advising them about them about the pendency of this action and their right to move to serve as lead plaintiff within 60 days of the date of the issuance of said notice;

WHEREAS, on July 22, 2013 Rodney Omanoff ("Movant"), moved the Court to appoint himself as lead plaintiff and to approve their selection of the Rosen Law Firm, P.A. as lead counsel for the Private Placement Class;

WHEREAS, the PSLRA, provides, *inter alia*, that the most-adequate plaintiff to serve as lead plaintiff is the person or group of persons that has either filed a complaint or has made a motion in response to a notice, and has the largest financial interest in the relief sought by the Class and satisfied the pertinent requirements of Fed. R. Civ. P. 23;

WHEREAS, the Court finding that Rodney Omanoff has the largest financial interest in this action and *prima facie* satisfies the typicality and adequacy requirements of Fed. R. Civ. P. 23.  *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I) and

**IT IS HEREBY ORDERED THAT:**

1. Pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B), Rodney Omanoff is appointed Lead Plaintiff of the Private Placement Class, as he has the largest financial interest in this litigation and otherwise satisfies the requirements of Fed. R. Civ. P. 23.

2. Movant's choice of counsel is approved, and accordingly, the Rosen Law Firm, P.A. is appointed Lead Counsel for the Private Placement Class.

3. Lead Counsel, after being appointed by the Court, shall manage the prosecution of this litigation. Lead Counsel are to avoid duplicative or unproductive activities and are hereby vested by the Court with the responsibilities that include, without limitation, the following: (1) to prepare all pleadings; (2) to direct and coordinate the briefing and arguing of motions in accordance with the schedules set by the orders and rules of this Court; (3) to initiate and direct discovery; (4) prepare the case for trial; and (5) to engage in settlement negotiations on behalf of Lead Plaintiff and Class.

SO ORDERED:

Dated ____8/13____, 2013

**PHILIP S. GUTIERREZ**
_____
Hon. Philip S. Gutierrez
U.S. District Judge